**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

No. 07-1718

─────────

HARRIETT MILLARD,

Plaintiff - Appellant,

versus

HOUSEHOLD FINANCE CORPORATION, A Household
International Company; MICHAEL J. JOHNSON,
individually and his official capacity as
Account Executive Household Finance
Corporation,

Defendants - Appellees,

and

CAROL E. SMITH, individually, and in her
official capacity as Judge, Circuit Court for
Baltimore City,

Defendant.

─────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, District Judge. (1:07-
cv-00497-JFM)

─────────

Submitted: December 20, 2007        Decided: December 26, 2007

─────────

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

_____

Harriet Millard, Appellant Pro Se.  John Ogelsby Long, III, FIEDLER & LONG, PLLC, Alexandria, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harriett Millard appeals the district court's order denying relief on her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Millard v. Household Finance Corp.</u>, No. 1:07-cv-00497-JFM (D. Md. July 16, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>